Amir H. Alavi
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney Street, Suite 3460
Houston, Texas 77010

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES LLC., <br><br> v.      Plaintiff(s) <br><br> ASUSTek COMPUTER INC. and ASUS COMPUTER INTERNATIONAL <br><br> Defendant(s). | CASE NUMBER <br><br> 2:15-cv-02401-JVS-DFM <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Alavi, Amir H.     of     Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*     1221 McKinney Street, Suite 3460
713-655-1101     713-655-0062     Houston, Texas 77010
*Telephone Number*     *Fax Number*
aalavi@azalaw.com
*E-Mail Address*     *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff, Nexus Display Technologies LLC

*Name(s) of Party(ies) Represented*     ☒ Plaintiff    ☐ Defendant    ☐ Other:

**and designating as Local Counsel**

Hahn, Douglas Q.     of     Stradling Yocca Carlson & Rauth, P.C.
*Designee's Name (Last Name, First Name & Middle Initial)*     660 Newport Center Drive, Suite 1600
257559     949-725-4138     Newport Beach, CA 92660
*Designee's Cal. Bar Number*     *Telephone Number*
    949-823-5138
    *Fax Number*     *Firm Name & Address*
dhahn@sycr.com
    *E-Mail Address*

**hereby ORDERS the Application be:**

☐ GRANTED.

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED, for failure to pay the required fee.

**Dated** _____     _____
    **U.S. District Judge/U.S. Magistrate Judge**