Joshua M. Masur (Cal. Bar. No. 203510)
*masur@turnerboyd.com*
Robert J. Kent (Cal. Bar. No. 250905)
*kent@turnerboyd.com*
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, CA 94063
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

Attorneys for Defendants
ASUSTek COMPUTER INC. and
ASUS COMPUTER INTERNATIONAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTek COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Defendants. | Case No.: 2:15-cv-02401-JVS-DFM<br><br>**NOTICE OF APPEARANCE OF ROBERT J. KENT FOR DEFENDANTS ASUS COMPUTER INTERNATIONAL AND ASUSTEK COMPUTER, INC.**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge: Honorable James V. Selna |

NOTICE OF APPEARANCE                                    CASE NO.: 2:15-cv-02401-JVS-DFM

**TO THE COURT, TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants ASUSTeK Computer Inc. ("ASUSTeK") and ASUS Computer International ("ACI," collectively "ASUS") hereby notify the Court that Robert J. Kent, of the law firm of Turner Boyd LLP, is appearing as counsel for ASUS in the above referenced matter. Copies of all pleadings, discovery, correspondence, and other material should be served upon counsel at the address referenced below:

> Robert J. Kent
> kent@turnerboyd.com
> TURNER BOYD LLP
> 702 Marshall Street, Suite 640
> Redwood City, California 94063
> Telephone: (650) 521-5930
> Facsimile: (650) 521-5931

Dated: August 17, 2015

Respectfully Submitted,

TURNER BOYD LLP

*/s/ Robert J. Kent*
Joshua M. Masur (Cal. Bar. No. 203510)
*masur@turnerboyd.com*
Robert J. Kent (Cal. Bar. No. 250905)
*kent@turnerboyd.com*
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, CA 94063
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

*Attorneys for Defendants*
ASUSTek COMPUTER INC. and
ASUS COMPUTER INTERNATIONAL

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was electronically filed with the Clerk of the Court using the Electronic Case Filing system which will send notification of such filing to the attorneys who have registered for electronic service and consented to receipt of notifications of such filings for this Case.

Dated:     August 17, 2015          */s/ Robert J. Kent*
                                     Robert J. Kent