Amir H. Alavi

Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing

1221 McKinney Street, Suite 3460

Houston, Texas  77010

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| NEXUS DISPLAY TECHNOLOGIES LLC, <br> Plaintiff(s) <br> v. <br> ASUSTek COMPUTER INC. and ASUS COMPUTER INTERNATIONAL, <br> Defendant(s). | CASE NUMBER <br> 2:15-cv-02401-JVS-DFM <br><br> ORDER ON APPLICATION <br> OF NON-RESIDENT ATTORNEY TO APPEAR <br> IN A SPECIFIC CASE *PRO HACE VICE* |
|---|---|

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Alavi, Amir H.
*Applicant's Name (Last Name, First Name & Middle Initial)*

713-655-1101         713-655-0062
*Telephone Number    Fax Number*

aalavi@azalaw.com
*E-Mail Address*

Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing
1221 McKinney Street, Suite 3460
Houston, Texas 77010

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff, Nexus Display Technologies LLC

*Name(s) of Party(ies) Represented*    ☒ Plaintiff   ☐ Defendant   ☐ Other:_____

**and designating as Local Counsel**

Hahn, Douglas Q.
*Designee's Name (Last Name, First Name & Middle Initial)*

257559              949-725-4138
*Designee's Cal. Bar Number    Telephone Number*

                    949-823-5138
                    *Fax Number*

Stradling Yocca Carlson & Rauth
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660

*Firm Name & Address*

dhahn@sycr.com
*E-Mail Address*

**hereby ORDERS the Application be:**

**X GRANTED**.

☐ DENIED.  Fee shall be returned by the Clerk.

☐ DENIED.  For failure to pay the required fee.

**Dated August 17, 2015**

*[signature]*

**U.S. District Judge**