Alisa A. Lipski, (SBN 278710)
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney, Ste. 3460
Houston, TX 77010
(713) 655-1101 – Main
(713) 655-0062 – Facsimile
alipski@azalaw.com – Email

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES LLC., <br><br> Plaintiff, <br><br> v. <br><br> ASUSTek COMPUTER INC. and ASUS COMPUTER INTERNATIONAL, <br><br> Defendants. | Case No. 2:15-cv-02401-JVS(DFMx) <br><br> **NEXUS DISPLAY TECHNOLOGIES LLC'S AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |

Plaintiff Nexus Display Technologies LLC ("NDT" or "Plaintiff") hereby submits this Amended Complaint against ASUSTek Computer Inc. and ASUS Computer International (collectively "ASUS" or "Defendants") and states as follows:

## THE PARTIES

1. NDT is a Texas limited liability company, having a principal place of business at 2400 Dallas Parkway, Suite 200, Plano, Texas 75093.

2. On information and belief, Defendant ASUSTek Computer Inc. is a corporation organized and existing under the laws of Taiwan, having a principal place of business at No. 15 Li-Te Road, Peitou District, Peitou District, Taipei 112, Taiwan.

3. On information and belief, Defendant ASUS Computer International is a corporation organized and existing under the laws of the state of California, having a principal place of business at 800 Corporate Way, Freemont, California 94539.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 101 *et seq.*

5. Venue is proper in this federal district pursuant to 28 U.S.C. §§1391(b)–(c) and 1400(b) in that Defendants have done business in this District, have committed acts of infringement in this District, and continue to commit acts of infringement in this District, entitling NDT to relief.

## COUNT I: INFRINGEMENT OF U.S. PATENT NO. 7,295,578

6.  On November 13, 2007, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent No. 7,295,578 ("the '578 Patent"), entitled "Method And Apparatus For Synchronizing Auxiliary Data And Video Data Transmitted Over A TMDS-Like Link."  NDT holds all rights, title, and interest in and to the '578 Patent.  ASUS is not licensed to the '578 Patent, yet ASUS knowingly, actively, and lucratively practices the patents.

7.  Upon information and belief, ASUS has infringed directly and continues to infringe directly the '578 Patent.  The infringing acts include, but are not limited to, the manufacture, use, sale, importation, and/or offer for sale of products and/or methods encompassed by the claims of the '578 Patent.  ASUS's infringing products include but are not limited to those which comply with the DisplayPort standard, including but not limited the ASUS Zenbook, the ASUS ROG G750JS, the ASUS Transformer Book TX300, the ASUS Transformer Book Trio TX201LA, the ASUS N550JV Notebook, the ASUS VG248QE monitor, the ASUS HD AH-IPS LED display, the ASUS VN279QL, the ASUS 27" Pre-calibrated AH-IPS 16:9 2560 x 1440 WQHD LED-backlit Monitor PA279Q, the ASUS Ultra-wide 21:9 2560 x 1080 resolution AH-IPS Cinematic Monitor MX299Q, the ASUS MX299Q DP Displays, the ASUS MX299Q DP Displays, the ASUS PA238Q DP Displays, the ASUS A246Q DP Displays, the ASUS PA248Q DP Displays, the ASUS PA249Q DP Displays, the ASUS PA279QDP Displays Multi-Stream, the ASUS PA328 4K DP

Displays, the ASUS PB 248Q DP Displays, the ASUS PB238Q DP Displays, the ASUS PB278Q DP Displays, the ASUS PB278QR 4K DP Displays, the ASUS PB278QR DP Displays, the ASUS PB279Q DP Displays, the ASUS PB287 4K DP Displays, the ASUS PB287Q 4K DP Displays, the ASUS PB298Q DP Displays, the PG278 Asus DP Displays, the ASUS PT201Q DP Displays, the ASUS VE248Q DP Displays, the ASUS VE258Q DP Displays, the ASUS VE276Q DP Displays, the ASUS VE278Q DP Displays, the ASUS VG248QE DP Displays, the ASUS VK278Q DP Displays, the ASUS VN248QA DP Displays, the ASUS VN279Q DP Displays, the ASUS VN289Q DP Displays, the ASUS VS278Q DP Displays, the ASUS VX24AQ DP Displays, and the ASUS VX279Q DP Displays.

8. The acts of infringement by ASUS have caused damage to NDT, and NDT is entitled to recover from ASUS the damages sustained by NDT as a result of ASUS's wrongful acts in an amount subject to proof at trial. The infringement of NDT's exclusive rights under the '578 Patent by ASUS has damaged and will continue to damage NDT.

9. At least as early as its receipt of this Complaint, ASUS has had knowledge of the '578 Patent and written notice of the infringement. NDT intends to seek discovery on the issue of willfulness and reserves the right to seek a willfulness finding and increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

**COUNT II: INFRINGEMENT OF U.S. PATENT NO. 7,143,328**

10. On November 28, 2006, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent No. 7,143,328 ("the '328 Patent"), entitled "Auxiliary Data Transmitted Within A Display's Serialized Data Stream." NDT holds all rights, title, and interest in and to the '328 Patent. ASUS is not licensed to the '328 Patent, yet ASUS knowingly, actively, and lucratively practices the patents.

11. Upon information and belief, ASUS has infringed directly and continues to infringe directly the '328 Patent. The infringing acts include, but are not limited to, the manufacture, use, sale, importation, and/or offer for sale of products and/or methods encompassed by the claims of the '328 Patent. ASUS's infringing products include, but are not limited to, at least those which comply with the DisplayPort standard, including but not limited to the ASUS Zenbook, the ASUS ROG G750JS, the ASUS Transformer Book TX300, the ASUS Transformer Book Trio TX201LA, the ASUS N550JV Notebook, the ASUS VG248QE monitor, the ASUS HD AH-IPS LED display, the ASUS VN279QL, the ASUS 27" Pre-calibrated AH-IPS 16:9 2560 x 1440 WQHD LED-backlit Monitor PA279Q, the ASUS Ultra-wide 21:9 2560 x 1080 resolution AH-IPS Cinematic Monitor MX299Q, the ASUS MX299Q DP Displays, the ASUS MX299Q DP Displays, the ASUS PA238Q DP Displays, the ASUS A246Q DP Displays, the ASUS PA248Q DP Displays, the ASUS PA249Q DP Displays, the ASUS PA279QDP Displays Multi-Stream, the ASUS PA328 4K DP Displays, the ASUS PB 248Q DP Displays, the ASUS PB238Q DP Displays, the

ASUS PB278Q DP Displays, the ASUS PB278QR 4K DP Displays, the ASUS PB278QR DP Displays, the ASUS PB279Q DP Displays, the ASUS PB287 4K DP Displays, the ASUS PB287Q 4K DP Displays, the ASUS PB298Q DP Displays, the PG278 Asus DP Displays, the ASUS PT201Q DP Displays, the ASUS VE248Q DP Displays, the ASUS VE258Q DP Displays, the ASUS VE276Q DP Displays, the ASUS VE278Q DP Displays, the ASUS VG248QE DP Displays, the ASUS VK278Q DP Displays, the ASUS VN248QA DP Displays, the ASUS VN279Q DP Displays, the ASUS VN289Q DP Displays, the ASUS VS278Q DP Displays, the ASUS VX24AQ DP Displays, and the ASUS VX279Q DP Displays.

12. The acts of infringement by ASUS have caused damage to NDT, and NDT is entitled to recover from ASUS the damages sustained by NDT as a result of ASUS's wrongful acts in an amount subject to proof at trial. The infringement of NDT's exclusive rights under the '328 Patent by ASUS has damaged and will continue to damage NDT.

13. At least as early as its receipt of this Complaint, ASUS has had knowledge of the '328 Patent and written notice of the infringement. NDT intends to seek discovery on the issue of willfulness and reserves the right to seek a willfulness finding and increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

**COUNT III: INFRINGEMENT OF U.S. PATENT NO. 5,835,498**

14. On November 10, 1998, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent No. 5,835,498 ("the '498 Patent"), entitled "System and Method For Sending Multiple Data Signals Over a Serial Link." NDT holds all rights, title, and interest in and to the '498 Patent. ASUS is not licensed to the '498 Patent, yet ASUS knowingly, actively, and lucratively practices the patents.

15. Upon information and belief, ASUS has infringed directly and continues to infringe directly the '498 Patent. The infringing acts include, but are not limited to, the manufacture, use, sale, importation, and/or offer for sale of products and/or methods encompassed by the claims of the '498 Patent. ASUS's infringing products include, but are not limited to, at least those which comply with the DisplayPort standard, including but not limited to the ASUS Zenbook, the ASUS ROG G750JS, the ASUS Transformer Book TX300, the ASUS Transformer Book Trio TX201LA, the ASUS N550JV Notebook, the ASUS VG248QE monitor, the ASUS HD AH-IPS LED display, the ASUS VN279QL, the ASUS 27" Pre-calibrated AH-IPS 16:9 2560 x 1440 WQHD LED-backlit Monitor PA279Q, the ASUS Ultra-wide 21:9 2560 x 1080 resolution AH-IPS Cinematic Monitor MX299Q, the ASUS MX299Q DP Displays, the ASUS MX299Q DP Displays, the ASUS PA238Q DP Displays, the ASUS A246Q DP Displays, the ASUS PA248Q DP Displays, the ASUS PA249Q DP Displays, the ASUS PA279QDP Displays Multi-Stream, the ASUS PA328 4K DP Displays, the ASUS PB 248Q DP Displays, the ASUS PB238Q DP Displays, the

ASUS PB278Q DP Displays, the ASUS PB278QR 4K DP Displays, the ASUS PB278QR DP Displays, the ASUS PB279Q DP Displays, the ASUS PB287 4K DP Displays, the ASUS PB287Q 4K DP Displays, the ASUS PB298Q DP Displays, the PG278 Asus DP Displays, the ASUS PT201Q DP Displays, the ASUS VE248Q DP Displays, the ASUS VE258Q DP Displays, the ASUS VE276Q DP Displays, the ASUS VE278Q DP Displays, the ASUS VG248QE DP Displays, the ASUS VK278Q DP Displays, the ASUS VN248QA DP Displays, the ASUS VN279Q DP Displays, the ASUS VN289Q DP Displays, the ASUS VS278Q DP Displays, the ASUS VX24AQ DP Displays, and the ASUS VX279Q DP Displays.

16.   The acts of infringement by ASUS have caused damage to NDT, and NDT is entitled to recover from ASUS the damages sustained by NDT as a result of ASUS's wrongful acts in an amount subject to proof at trial.  The infringement of NDT's exclusive rights under the '498 Patent by ASUS has damaged and will continue to damage NDT.

17.   At least as early as its receipt of this Complaint, ASUS has had knowledge of the '498 Patent and written notice of the infringement.  NDT intends to seek discovery on the issue of willfulness and reserves the right to seek a willfulness finding and increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

### **COUNT IV: INFRINGEMENT OF U.S. PATENT NO. 7,599,439**

Case 2:15-cv-02401-JVS-DFM   Document 30   Filed 09/08/15   Page 9 of 11   Page ID #:133

18. On October 6, 2009, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent No. 7,599,439 ("the '439 Patent"), entitled "Method and System for Transmitting N-Bit Video Data Over a Serial Link." NDT holds all rights, title, and interest in and to the '439 Patent. ASUS is not licensed to the '439 Patent, yet ASUS knowingly, actively, and lucratively practices the patents.

19. Upon information and belief, ASUS has infringed directly and continues to infringe directly the '439 Patent. The infringing acts include, but are not limited to, the manufacture, use, sale, importation, and/or offer for sale of products and/or methods encompassed by the claims of the '439 Patent. ASUS's infringing products include, but are not limited to, at least those which comply with the DisplayPort standard, including but not limited to the ASUS Zenbook, the ASUS ROG G750JS, the ASUS Transformer Book TX300, the ASUS Transformer Book Trio TX201LA, and the ASUS N550JV Notebook.

20. The acts of infringement by ASUS have caused damage to NDT, and NDT is entitled to recover from ASUS the damages sustained by NDT as a result of ASUS's wrongful acts in an amount subject to proof at trial. The infringement of NDT's exclusive rights under the '439 Patent by ASUS has damaged and will continue to damage NDT.

21. At least as early as its receipt of this Complaint, ASUS has had knowledge of the '439 Patent and written notice of the infringement. NDT intends

8
AMENDED COMPLAINT

to seek discovery on the issue of willfulness and reserves the right to seek a willfulness finding and increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## JURY DEMAND

22. NDT hereby demands a trial by jury on all issues.

## PRAYER FOR RELIEF

WHEREFORE, NDT requests entry of judgment in its favor and against ASUS as follows:

a. A declaration that ASUS has infringed and is infringing the '578, '328, '498, and '439 Patents;

b. An award of damages to NDT arising out of ASUS's infringement of the '578, '328, '498, and '439 Patents, including enhanced damages pursuant to 35 U.S.C. § 284, together with prejudgment and post-judgment interest, in an amount according to proof;

c. A running royalty for ASUS's continuing use of the inventions claimed in the '578, '328, '498 and '439 Patents;

d. An award of attorneys' fees pursuant to 35 U.S.C. § 285 or as otherwise permitted by law; and,

e. Granting NDT its costs and further relief as the Court may deem just and proper.

Dated: September 8, 2015

Respectfully submitted,

*/s/ Alisa Lipski*
Alisa A. Lipski
California Bar No. 278710
alipski@azalaw.com

AHMAD, ZAVITSANOS, ANAIPAKOS,
ALAVI & MENSING P.C.
1221 McKinney Street, Suite 3460
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

**ATTORNEY FOR PLAINTIFF NEXUS DISPLAY TECHNOLOGIES LLC**

## CERTIFICATE OF SERVICE

I certify that the foregoing document was electronically filed with the Clerk of the Court using the Electronic Case Filing system which will send notification of such filing to the attorneys who have registered for electronic service and consented to receipt of notifications of such filings for this Case.

*/s/ Alisa Lipski*